*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

In re DONALD, Minors.

UNPUBLISHED
February 28, 2019

No. 342984
Eaton Circuit Court
Family Division
LC No. 17-019750-NA

Before: CAMERON, P.J., and BECKERING and RONAYNE KRAUSE, JJ.

RONAYNE KRAUSE, J., (*concurring*).

I concur in the result of the majority opinion, however for a more limited reason. It is clear that the children in this case were severely abused by respondent's then husband who was living in the house at the time.

The majority opinion indicates that regardless of whether respondent was the perpetrator, the trial court did not clearly err in concluding that termination was warranted under MCL 712A.19b(3)(b)(ii) and this Court need only find one statutory ground was established by clear and convincing evidence to terminate parental rights. *In re Ellis*, 294 Mich App 30, 32; 817 NW2d 111 (2011). Because I agree with this finding, I concur in the result. While the trial court found that respondent committed some of the acts of abuse against the children, it focused more on the depth of the abuse and that respondent allowed it to go on, even if she did not commit "a lot of the abuse herself."

Recanting by witnesses in domestic violence situations is very common. The evidence may be equivocal regarding whether respondent committed the heinous acts of child abuse in this case, however it is clear respondent did not protect nor prevent her children from abuse by her husband as required by MCL 712A.19b(3)(b)(ii).

/s/ Amy Ronayne Krause